DAB

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-36-1BO(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | I N D I C T M E N T |
| | ) | |
| ARMON LEROI MATTOX | ) | |

The Grand Jury charges that:

COUNT ONE

On or about August 1, 2010, in the Eastern District of North Carolina, ARMON LEROI MATTOX, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1) and 924.

FORFEITURE NOTICE

As a result of the foregoing offense, the defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

The forfeitable property includes, but is not limited to, a Taurus 9mm semiautomatic pistol, Model PT 24/7 Pro.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

FOREPERSON

DATE: 2/15/11

GEORGE E.B. HOLDING
United States Attorney

BY: DAVID A. BRAGDON
Assistant United States Attorney