UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Armon Leroi Mattox**                    **Docket No. 5:11-CR-36-1BO**

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Armon Leroi Mattox, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 05, 2011, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has requested to live with his sister in Charlotte, NC upon release from the Bureau of Prison scheduled for August 27, 2017. The residence has been approved and transfer of supervision has been accepted by the Western District of North Carolina pursuant to the addition of the special condition of warrantless searches being modified to the original judgement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall submit his person, residence, office, vehicle and/or any computer system including computer data storage media, or any electronic device capable of storing. Retrieving, and/or accessing data to which they have access or control, to a search, from time to time, conducted by any United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant. The defendant shall warn other residents or occupants that such premises, vehicles, or electronic devices may be subject to searches pursuant to this condition.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Eddie J. Smith                        /s/ Lee Holmes
Eddie J. Smith                            Lee Holmes
Supervising U.S. Probation Officer        Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-354-2568
                                          Executed On: June 15, 2016

**Armon Leroi Mattox**
**Docket No. 5:11-CR-36-1BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____ **16** _____ day of _____ **June** _____, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge